UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
ARTHUR J. LYMAN,

                Plaintiff,

    -v-                                   1:07-CV-1255

CSX TRANSPORTATION, INC.

                Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID N. HURD
United States District Judge

## AMENDED ORDER

      Pursuant to the oral decision of the Court, entered into the record after hearing oral argument on May 22, 2009, in Utica, New York, it is hereby

      ORDERED that defendant's motion for summary judgment is GRANTED and the complaint is DISMISSED in its entirety.

      The Clerk of the Court is directed to enter judgment accordingly.

      IT IS SO ORDERED.

                                                                        United States District Judge

Dated: May 22, 2009
       Utica, New York.