# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## **A M E N D E D**
## **JUDGMENT IN A CIVIL CASE**

**ARTHUR J. LYMAN**

    vs.                       **CASE NUMBER: 1:07-CV-1255**

**CSX TRANSPORTATION, INC.**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the defendant CSX Transportation, Inc.'s motion for summary judgment is granted and the complaint is dismissed in its entirety.

All of the above pursuant to the order of the Honorable Judge DAVID N. HURD, dated the 22nd day of May, 2009.

DATED: May 22, 2009

*[signature]*
Clerk of Court

    s/
Christine Mergenthaler
Deputy Clerk

entered and
served 5/22/09
(cm)